IN THE UNITED STATES DISTRICT COURT, FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| COREY DESHON BLOCKER | ) | **FILED - LN** |
| PLAINTIFF | ) | April 23. 2025 4:22 PM<br>CLERK OF COURT<br>U.S. DISTRICT COURT |
| V. | ) | WESTERN DISTRICT OF MICHIGAN<br>BY: 2IV_____ SCANNED BY妈妈 4\|24 |
| J.P MORGAN CHASE BANK | ) | |
| DEFENDANT | ) CASE# | |
| CITY RESCUE MISSION | ) | **1:25-cv-456** |
| CO-DEFENDANT | ) | Jane M. Beckering, United States District Judge |
| ROBERT J. JONKER | ) | |
| CO-DEFENDANT | ) | |
| DOGE | ) | |
| CO-DEFENDANT | ) | |
| DONALD J. TRUMP | ) | |
| CO-DEFENDANT | ) | |

## ORIGINAL COMPLAINT

Corey Deshon Blocker makes this original complaint, for this courts record, and on this courts record. Corey Deshon Blocker makes this original complaint for the purpose of being made whole under UCC-1-207 and UCC-1-308 common law for the continued violation of Corey Deshon Blocker's 14th amendment right to due process. With Chase Bank stealing Corey Deshon Blocker's loans 20MI2650128.1 and 20MI2650128.2. Also, Chase bank closed Corey Deshon Blocker business and personal account for no reason that has caused irrevocable harm to Corey Deshon Blocker. Then there is the City Rescue mission who violated their contract and kick Corey Deshon Blocker out of the mission under falsified pretenses, for the purpose of causing irrevocable harm. Robert J. Jonker is the main cause of the irrevocable harm done to Corey Deshon Blocker by committing fraud upon the court purposely to deny Corey Deshon Blocker's due process clause of the 14th amendment. There is also the fact that Robert J. Jonker also violated the 6th amendment by fraudulently denying Corey Deshon Blocker's unemployment benefits even though Robert J. Jonker was a defendant in the lawsuit and had no authority by law to do so. Then there is the illegal operation of Doge that has illegally put a student loan back on Corey Deshon Blocker report that was closed. Also, Doge has illegally given the social security department rules and regulations that where not authorized by congress which violates the U.S constitution and the 6th amendment states do not become law if in anyway violates the U.S constitution therefore, Corey Deshon Blocker demands a permeant injunction against the Michigan unemployment agency denial of Corey Deshon Blocker's denied unemployment benefits and Corey Deshon Blocker's disability benefits to be paid in full with interest. Then there is Donald j. Trump who has repeatedly committed treason

against the U.S constitution and has been allowed to write executive orders even though all executive orders violate the U.S constitution. Therefore, this is the reason Corey Deshon Blocker demands $200,000,000,000,000 as payment for compensatory and punitive damages and every entity including but not limited to executive, legislative and judicial branches of the government, Benjamin HayHurst, Leann Holbrook, Mark Criss, Randy SR, Brenten and all their heirs and relatives be hung for treason.

RESPECTFULLY SUBMITTED

COREY DESHON BLOCKER

I CERTIFY THAT A TRUE AND EXACT COPY OF THIS INSTRUMENT WAS SENT TO EACH DEFENDANT ON THIS THE 23 DAY OF APRIL 2025 VIA U.S MAIL.

RESPECTFULLY SUBMITTED

COREY DESHON BLOCKER

J.P MORGAN CHASE BANK

270 PARK VENUE

NYNY 10017

CITY RESCUE MISSION

607 MICHIGAN AVE

LANSING MI 48912

ROBERT J. JONKER

I FEDERAL BLDG

GRAND RAPIDS MI

49503

DOGE

ATTORNEY GENERAL OFFICE

950 PENNSYLVAINIA AVE NW

WASHINGTON D.C 20503

DONALD J. TRUMP

1600 PENNSYVAINIA AVE NW

WASHINTON D.C 20503

COREY DESHON BLOCKER

3105 SOUTH MARTIN LUTHER KING JR BLVD

Lansing MI 48910

517-755-7521